**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 13 |
|  | : |  |
| TOMMIE LEE GRAHAM and | : | Case No. 18-16594 (MDC) |
| HATTIE GRAHAM, | : |  |
|  | : |  |
| Debtors | : |  |
|  | : |  |

**CERTIFICATE OF SERVICE FOR THE**
**OBJECTION OF TRUMARK FINANCIAL CREDIT UNION TO**
**CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN DATED OCTOBER 5, 2018**

I, Corinne Samler Brennan, Esquire, hereby certify that I did cause a true and correct copy of the foregoing Objection of TruMark Financial Credit Union to Confirmation of the Debtor's Chapter 13 Plan to be served on this 16th day of November, 2018 upon the following parties via the CM/ECF System of this Court, and on this 16th day of November, 2018 upon the following parties in interest via U.S. Mail:

<u>Via U.S. Mail</u>
Tommie Lee Graham
Hattie Graham
301 Bunker Hill Road
Harleysville, PA 19438-3907

M&T Bank
1100 Wehrle Drive
Williamsville, NY 14221

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

<u>Via CM/ECF</u>
William C. Miller, Esquire
ecfemails@ph13trustee.com
philaecf@gmail.com

PHIL1 7385198v.1

Lawrence J. Avallone, Esquire
ljavallone@avallonelaw.com

Kevin G. McDonald, Esquire
bkgroup@kmllawgroup.com

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                KLEHR | HARRISON | HARVEY|
                BRANZBURG LLP

By:   */s/Corinne Samler Brennan*
       Corinne Samler Brennan, Esquire
       1835 Market Street, Suite 1400
       Philadelphia, PA 19103
       Telephone: (215) 569-3393

*Counsel to TruMark Financial Credit Union*