# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-16594-MDC

TOMMIE LEE GRAHAM
HATTIE GRAHAM
301 BUNKER HILL ROAD

HARLEYSVILLE, PA 19438

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

   TOMMIE LEE GRAHAM
   HATTIE GRAHAM
   301 BUNKER HILL ROAD

   HARLEYSVILLE, PA 19438

Counsel for debtor(s), by electronic notice only.

   LAWRENCE J. AVALLONE
   215 S. BROAD STREET
   SUITE #502
   PHILADELPHIA, PA 19107

                                 /S/ William C. Miller

Date: 12/20/2018                             _____

                                         William C. Miller, Esquire
                                         Chapter 13 Standing Trustee