UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA



FILED
MAR 18 2019
TIMOTHY McGRATH, CLERK
              P. CLERK

In re:
CHANGE OF ADDRESS FOR NOTICES AND PAYMENTS

Case No  **18-16594**
Chapter  **13: CLAIM # 16**

**Tommie Lee Graham and Hattie Graham**

## NOTICE OF CHANGE OF ADDRESS

**CHECK ONLY ONE:**

DEBTOR(s): ☐    CREDITOR: ☑

Please print the following information:

NAME: **FIRST NATIONAL BANK OF OMAHA**

OLD MAILING ADDRESS: **Brumbaugh & Quandahl, PC.**
**4885 S. 118TH ST, STE 100**
**OMAHA, NE 68137**

NEW MAILING ADDRESS: **BQ & ASSOCIATES, P.C., L.L.O.**
**14211 ARBOR ST, STE 100**
**OMAHA, NE 68144**

DATED: 7 May 19

Signature of Debtor or Creditor

Signature of Joint Debtor (if applicable)

PHONE NUMBER: **402/554-4400**

**All future notices shall be sent to the new mailing address**

(6/1/11)