**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                          Chapter 13

                          Bankruptcy No. 18-16594-MDC

TOMMIE LEE GRAHAM
HATTIE GRAHAM
301 BUNKER HILL ROAD

HARLEYSVILLE, PA 19438

    Debtor

**CERTIFICATE OF SERVICE**

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    TOMMIE LEE GRAHAM
    HATTIE GRAHAM
    301 BUNKER HILL ROAD

    HARLEYSVILLE, PA 19438

**Counsel for debtor(s), by electronic notice only.**
    LAWRENCE J. AVALLONE
    215 S. BROAD STREET
    SUITE #502
    PHILADELPHIA, PA 19107

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

                          /s/ William C. Miller

Date: 3/29/2019

                          _____
                          William C. Miller, Esquire
                          Chapter 13 Standing Trustee