# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-16594-MDC

TOMMIE LEE GRAHAM
HATTIE  GRAHAM
301 BUNKER HILL ROAD

HARLEYSVILLE, PA 19438

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  TOMMIE LEE GRAHAM
  HATTIE  GRAHAM
  301 BUNKER HILL ROAD

  HARLEYSVILLE, PA 19438

Counsel for debtor(s), by electronic notice only.

  LAWRENCE J. AVALLONE
  215 S. BROAD STREET
  SUITE #502
  PHILADELPHIA, PA 19107

                              /S/ William C. Miller

Date: 4/8/2019                              _____
                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee