UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Tommie Lee Graham
Hattie Graham
Bankruptcy No.  18-16594-mdc
Adversary No.
Chapter    13

Date:    4/18/19

To:    Lawrence J. Avallone
215 South Broad Street
Fifth Floor
Philadelphia, PA 19107

## NOTICE OF INACCURATE FILING

Re: Reply to Motion to Dismiss Case

The above pleading was filed in this office on 4/17/19 . Please be advised that the following document(s) filed contains a deficiency as set forth below:

(xx)    Debtor's name does not match case number listed- Wrong case number on document
()    Debtor's name and/or case number (is) are missing.
()    Wrong PDF document attached
()    PDF document  not legible
()    Notice of Motion/Objection
()    Electronic Signature missing
()    Other

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By:  **C. Wagner**
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04