IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | TOMMIE GRAHAM & HATTIE GRAHAM | : : : | Chapter 13 |
| CHAPTER 13 TRUSTEE'S MOTION FOR DISMISSAL | | : : : | |
| | Respondents | : | No. 18-16594-MDC |

## ORDER

AND NOW, this _____ day of _____, 2019, upon consideration of the Motion of William Miller, Esquire, Chapter 13 Standing Trustee's for Dismissal, all response thereto, and evidence in support and opposition to the Motion,

ORDERED that said Motion be, and hereby is DENIED.

BY THE COURT:

_____
Judge Magdeline D. Coleman
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | TOMMIE GRAHAM & <br> HATTIE GRAHAM | : <br> : <br> : | Chapter 13 |
| CHAPTER 13 TRUSTEE'S MOTION FOR DISMISSAL | | : <br> : <br> : | |
| | Respondents | : | No. 18-16594-MDC |

## DEBTORS' ANSWER TO MOTION FOR DISMISSAL

Debtors TOMMIE GRAHAM & HATTIE GRAHAM, by their attorney, Daniel Muklewicz, answers the Motion for Dismissal, stating as follows:

1. Debtors are current on their Chapter 13 Plan payments and have paid $5,250.00 into their plan, as of April 17, 2019. The creditors will receive will receive payment upon confirmation of the bankruptcy plan.

WHEREFORE, Debtor respectfully requests that this Court enter an Order denying the Motion for Dismissal.

Respectfully submitted,

AVALLONE LAW ASSOCIATES

4/23/2019
DATE

_Daniel Muklewicz_
Daniel Muklewicz, Esquire
Attorney for Debtor
215 S. Broad Street, Fifth Floor
Philadelphia, PA 19107-5318
(215) 735-5525
Attorney ID No. 320322
Email: dmuklewicz@avallonelaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | TOMMIE GRAHAM & HATTIE GRAHAM | : | Chapter 13 |
| | CHAPTER 13 TRUSTEE'S MOTION FOR DISMISSAL | : : : | |
| | Respondents | : | No. 18-16594-MDC |

**CERTIFICATION OF SERVICE
DEBTOR'S ANSWER TO MOTION FOR RELIEF FROM STAY**

I, Daniel Muklewicz, Attorney for Debtor, hereby certify that on the date indicated below, I served by first class mail or electronic means a copy of the accompanying Answer to the Motion for Dismissal filed by the chapter 13 standing trustee, William C. Miller, Esquire upon the following:

William C. Miller, Esquire
P.O. Box 1229
Philadelphia, PA 19105


4/23/2019
DATE

AVALLONE LAW ASSOCIATES

Daniel Muklewicz, Esquire
Attorney for Debtor
215 S. Broad Street, Fifth Floor
Philadelphia, PA 19107-5318
(215) 735-5525
Attorney ID No. 320322
Email: dmuklewicz@avallonelaw.com