IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>TOMMIE LEE GRAHAM and<br>HATTIE GRAHAM<br><br>Debtor | Chapter 13<br><br>Case No. 18-16594 (MDC) |

**PRAECIPE TO WITHDRAW OBJECTION
OF TRUMARK FINANCIAL CREDIT UNION TO CONFIRMATION
OF DEBTORS' CHAPTER 13 PLAN DATED JANUARY 2, 2019**

Kindly withdraw the Objection of TruMark Financial Credit Union to Confirmation of the Chapter 13 Plan dated October 5, 2018 (the "Objection"), which Objection was filed with this Court on November 16, 2018, at Docket No. 17.

                          KLEHR HARRISON HARVEY
                          BRANZBURG LLP

By:   */s/Corinne Samler Brennan*
        CORINNE SAMLER BRENNAN
        1835 Market Street, Suite 1400
        Philadelphia, PA 19103
        Telephone: (215) 569-3393
        Facsimile: (215) 568-6603
        Email: cbrennan@klehr.com

Dated: May 3, 2019

PHIL1 7872211v.1