IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:     TOMMIE GRAHAM &         :     Chapter 13
           HATTIE GRAHAM           :
                                   :     No. 18-16594(MDC)

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE
WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
WITH 11 U.S.C. §§ 1325(a)(8) AND 1325(a)(9)**

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named debtor has paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named debtor has filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

AVALLONE LAW ASSOCIATES

BY: _____
**DANIEL MUKLEWICZ, ESQUIRE**
Identification No. 320322
Avallone Law Associates
215 S. Broad Street, Fifth Floor
Philadelphia, PA 19107
(215)735-5525