# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Hattie Graham<br>         Tommy Lee Graham<br>                    Debtors<br><br>BANK OF AMERICA, N.A.<br>                    Movant<br>        vs.<br><br>Hattie Graham<br>Tommy Lee Graham<br>                    Respondents | CHAPTER 13<br><br><br>NO. 18-16594 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmations of BANK OF AMERICA, N.A., which was filed with the Court on or about December 18, 2018 (Docs. No. 19 & 20).

                                        Respectfully submitted,

                                        **/s/ Kevin G. McDonald, Esquire**
                                        Kevin G. McDonald, Esquire
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        215-627-1322

August 8, 2019