IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:     TOMMIE GRAHAM &       :     Chapter 13
           HATTIE GRAHAM              :
                                                 :
                                                 :     No. 18-16594-MDC

**CERTIFICATION OF SERVICE**
**DEBTOR'S FOURTH AMENDED CHAPTER 13 PLAN**

I, Daniel Muklewicz, Attorney for Debtor, hereby certify that on October 9, 2019, I served by first class mail or electronic means a copy of debtor's fourth amended chapter 13 plan upon the following:

| | | |
|---|---|---|
| William C. Miller, Esquire<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | M&T BANK<br>P.O. BOX 1508<br>BUFFALO, NY 14240 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Bank of America, N.A.<br>PO BOX 31785<br>Tampa, FL 33631-3785 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238 |
| Quantum3 Group LLC as agent for<br>JHPDE Finance 1 LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | TruMark Financial Credit Union<br>c/o Corinne Samler Brennan, Esquire<br>1835 Market Street, Suite 1400<br>Philadelphia, PA 19103 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |
| Lakeview Loan Servicing, LLC<br>PO Box 840<br>Buffalo, NY 14240 | First National Bank of Omaha<br>c/o Brumbaugh and Quandahl, PC LLO<br>14211 Arbor St, Ste 100<br>Omaha, NE 68144 | |

                                                             AVALLONE LAW ASSOCIATES

11/5/2019
DATE

                                                             Daniel Muklewicz, Esquire
                                                             Attorney for Debtor
                                                              215 S. Broad Street, Fifth Floor
                                                              Philadelphia, PA 19107-5318
                                                              (215) 735-5525
                                                              Attorney ID No. 320322
                                                              Email: dmuklewicz@avallonelaw.com