IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENSYLVANIA

| | | |
|---|---|---|
| In Re: Tommie Graham and | : | Chapter 13 |
| Hattie Graham | : | |
| Debtors | : | 18-16594-mdc |

# NOTICE OF APPLICATION FOR APPROVAL OF COUNSEL FEE AND ITEMIZED STATEMENT OF SERVICES RENDERED

## NOTICE IS GIVEN:

1. That an application for approval of counsel fee and itemized statement of services rendered on behalf of the above-captioned Debtor has been filed by Lawrence J. Avallone, Esquire, AVALLONE LAW ASSOCIATES, 215 South Broad Street, Fifth Floor, Philadelphia, Pa. 19107-5318.

2. That counsel is requesting a fee and costs in the sum of $6,333.50, of which $3,958.50 are unpaid.

3. That the aforesaid motion is on file with the Clerk, United States Bankruptcy Court, U.S. Bankruptcy Court, 900 Market Street, Suite 400 Philadelphia, Pa. 19107 and is available there for inspection.

4. That any answer, objection, request for hearing or other responsive pleading to the motion must be filed with the Court and served on counsel at the address shown within fourteen (14) days of the date of this notice.

5. That in the absence of any answer or objection, the Court may grant the relief requested.

AVALLONE LAW ASSOCIATES

Dated: November 8, 2019

/s/ Lawrence J. Avallone
Signed: _____
By: Lawrence J. Avallone, Esquire
215 South Broad Street, Fifth Floor
Philadelphia, Pa. 19107-5318
Telephone (215) 735-5525
Facsimile (215) 545-3817
ljavallone@avallonelaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENSYLVANIA

| | | |
|---|---|---|
| In Re: Tommie Graham and | : | Chapter 13 |
| Hattie Graham | : | |
| Debtors | : | 18-16594-mdc |

# ORDER

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $6,333.50.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less $2,375.00, which was paid by the Debtor prepetition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

**BY THE COURT:**

**Judge Magdeline D. Coleman**
**United States Bankruptcy Judge**

cc:
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, Pa. 19107

William C. Miller, Esq.
Chapter 13 Standing Trustee
111 S. Independence Mall-Suite 583
Philadelphia, Pa. 19106

Tommie Graham
Hattie Graham
301 Bunker Hill Road
Harleysville, Pa. 19438


Lawrence J. Avallone, Esquire
AVALLONE LAW ASSOCIATES
215 South Broad Street, Fifth Floor
Philadelphia, Pa. 19107-5318

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENSYLVANIA

In Re: Tommie Graham and : Chapter 13
      Hattie Graham :
                  Debtors : 18-16594-mdc

## APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Lawrence J. Avallone, of AVALLONE LAW ASSOCIATES, applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents as follows:

1. Applicant is counsel for the Debtors Tommie Graham and Hattie Graham (hereinafter sometimes referred to as "Debtors").

2. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Debtors, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

3. The Debtors paid applicant $2,375.00 in attorney fees and costs prior to the filing of the petition.

4. Applicant requests an award of compensation and costs of $6,333.50, of which $3,958.50 are unpaid, for approximately 37.4 hours expended in providing the following services:

Prepare petition, Chapter 13 Plan and schedules, Amend Debtor's Chapter 13 Plan multiple times, attend 341 hearing, negotiate payment of post-petition arrears with secured creditors, respond to trustee's motion to dismiss, phone conference and email communication with client, Trustee, and opposing counsel.

A true and correct copy of applicant's itemized invoice is hereto as Exhibit "A".

5. Applicant has reduced his fees to reflect changes made to Debtor's Chapter 13 Plan.

6. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm.

**WHEREFORE,** applicant requests an award of $6,333.50, of which $3,958.50 are unpaid, in compensation.

**Dated:** **November 8, 2019**

AVALLONE LAW ASSOCIATES

**Signed:** /s/ Lawrence J. Avallone
**By:** Lawrence J. Avallone
215 South Broad Street, Fifth Floor
Philadelphia, Pa. 19107-5318
Telephone (215) 735-5525
Facsimile (215) 545-3817
ljavallone@avallonelaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENSYLVANIA

In Re: Tommie Graham and      :      Chapter 13
       Hattie Graham              :
                Debtors    :      18-16594-mdc

# CERTIFICATION OF SERVICE OF NOTICE OF APPLICATION FOR APPROVAL OF COUNSEL FEE AND ITEMIZED STATEMENT OF SERVICES RENDERED

I, Lawrence J. Avallone, Attorney for the Debtor, do hereby certify under penalty of perjury that on the date indicated below I served a copy of the above-mentioned Application for Approval of Counsel Fee and Itemized Statement of Services Rendered electronically or by mail upon all entities listed below. I served a copy of the Notice of Application for Approval of Counsel fee and Itemized Statement of Services Rendered upon the matrix list of creditors by first class mail.

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, Pa. 19107

William C. Miller, Esq.
Chapter 13 Standing Trustee
111 S. Independence Mall-Suite 583
Philadelphia, Pa. 19106

Tommie Graham
Hattie Graham
301 Bunker Hill Road
Harleysville, Pa. 19438

AVALLONE LAW ASSOCIATES

November 8, 2019            /s/ Lawrence J. Avallone

**Date**

Lawrence J. Avallone
Attorney I.D. No. 33798
215 South Broad Street, Fifth Floor
Philadelphia, Pa. 19107
(215)-735-5525

Exhibit A

**Avallone Law Associates**   215 S. Broad Street, Fifth Floor, Philadelphia, PA 19107   215-735-5525

Tommie Graham
301 Bunker Hill Rd.
Harleysville, PA 19438

November 8, 2019

In Reference To: Chapter 13 Bankruptcy

Professional Services

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/25/2018 | DM | Organized file and reviewed assets and liabilities. Contacted prior counsel to obtain the file and determine what work was done on the case. Opened bankruptcy case and drafted petition. Email to client to set up. | 1.00 $200.00/hr | $200.00 |
| 7/26/2018 | AK | Run credit report on clients, call client for additional information. | 0.20 $70.00/hr | $14.00 |
| | DM | Phone call with client to obtain additional information for Chapter 13 Bankruptcy. | 0.70 $200.00/hr | $140.00 |
| 7/27/2018 | DM | E-mail to client with list of approved credit counseling courses. Follow up phone call to client. | 0.20 $200.00/hr | $40.00 |
| 8/1/2018 | DM | Review credit report for both debtors. Draft and revise petition and schedules. | 1.30 $200.00/hr | $260.00 |
| 8/2/2018 | LJA | Conference with DM re: completion of Schedules, filing petition for stay today. | 0.10 $295.00/hr | $29.50 |
| | DM | Draft petition and schedules. Review petition and schedules with LJA. Email and follow up phone call to opposing counsel in district court case. Email to district court to enter appearance on behalf of Hattie Graham. | 2.00 $200.00/hr | $400.00 |
| 8/3/2018 | LJA | Telephone conference and conference with DM re: status of Discover Card hearing | 0.10 $295.00/hr | $29.50 |
| 8/7/2018 | DM | Revise petition and schedules | 0.30 $200.00/hr | $60.00 |
| 8/8/2018 | DM | E-mail to client re: email received from creditor via prior counsel. Email to creditor re: stipulation agreement. Reviewed and revised petition and schedules. | 0.30 $200.00/hr | $60.00 |
| 8/10/2018 | DM | Phone call with client re: status of bankruptcy and sale of property | 0.10 $200.00/hr | $20.00 |
| 8/17/2018 | DM | Left voicemail for client re: bankruptcy petition. | 0.10 $200.00/hr | NO CHARGE |

Tommie Graham                                                                                                    Page 2

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/20/2018 | DM | Phone call with client re: converting from chapter 7 to chapter 13. Convert bankruptcy information to chapter 13. | 0.50 $200.00/hr | $100.00 |
| 8/22/2018 | DM | Revised retainer letter for Chapter 13 Bankruptcy. Fax to client with list of creditors for confirmation that all creditors are included. Phone call with client. | 0.50 $200.00/hr | $100.00 |
| 8/24/2018 | DM | Phone call with client. | 0.10 $200.00/hr | $20.00 |
| 8/30/2018 | DM | Revise petition and schedules. Phone call with client re: IRA and expenses. | 2.50 $200.00/hr | $500.00 |
|  | LJA | Conference with DM re: value of real estate, bankruptcy exemption, mortgage pay-off, preparation of petition | 0.10 $295.00/hr | $29.50 |
| 8/31/2018 | DM | Follow up with creditor re: notice of default | 0.10 $200.00/hr | $20.00 |
| 9/4/2018 | DM | Draft and revise chapter 13 plan and statement of monthly income | 0.30 $200.00/hr | $60.00 |
| 9/5/2018 | DM | Draft Chapter 13 Means Test and Chapter 13 Plan | 0.50 $200.00/hr | $100.00 |
| 9/6/2018 | DM | Brief research on chapter 13 plans. Finish drafting plan. Complete statement of affairs information. | 1.10 $200.00/hr | $220.00 |
| 9/19/2018 | DM | Review and revise exemptions | 0.60 $200.00/hr | $120.00 |
|  | LJA | Conference with Dm re: completion of Tommy Graham bankruptcy petition | 0.10 $295.00/hr | $29.50 |
| 10/2/2018 | DM | Revise and prepare bankruptcy petition and schedules for filing. Phone call with client re: filing petition for bankruptcy. File bankruptcy action. Draft and email letter to court and opposing counsel in municipal court case | 2.20 $200.00/hr | $440.00 |
| 10/5/2018 | DM | Review bankruptcy docket. File creditor matrix, Statement about Social Security Numbers and Chapter 13 Plan | 0.40 $200.00/hr | $80.00 |
| 10/10/2018 | DM | Phone call with client re: tax returns and notice form court. | 0.10 $200.00/hr | NO CHARGE |
| 11/6/2018 | DM | E-mail to trustee's office to request continuance of 341 heaing | 0.10 $200.00/hr | $20.00 |
| 11/9/2018 | DM | E-mail to court clerk re: request for continuance of 341 Hearing. | 0.10 $200.00/hr | $20.00 |
| 11/14/2018 | DM | Phone call with client. Draft correspondence letter to client re: continued 341 Hearing date | 0.10 $200.00/hr | $20.00 |
| 11/15/2018 | DM | Phone call with client. Fax notice of mortgage payment change to client. | 0.10 $200.00/hr | $20.00 |
| 12/19/2018 | DM | E-mail to clerk for trustee re: request for continuance of confirmation hearing | 0.10 $200.00/hr | $20.00 |

Tommie Graham                                                                                                Page    3

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/21/2018 | DM | Phone call with client re: Trustee's motion to dismiss for failure to make plan payments. | 0.10 $200.00/hr | $20.00 |
| | LJA | Review all proofs of claim; conference with DM re: status of objections to chapter 13 plan. | 0.30 $295.00/hr | $88.50 |
| 1/4/2019 | DM | Follow up with trustee on payments received by the trustee. Draft, file and serve answer to motion to dismiss for failure to make plan payments. | 0.50 $200.00/hr | $100.00 |
| 1/9/2019 | DM | Phone call with client re: 341 hearing. Email correspondence with court clerk re: documents needed for 341 hearing. | 0.20 $200.00/hr | $40.00 |
| 1/10/2019 | DM | Prepare and submit documents for 341 hearing. Phone call with client re: submission of documents for 341 hearing. | 1.00 $200.00/hr | $200.00 |
| 1/11/2019 | DM | Submit documents for 341 hearing. Phone call to clerk for trustee re: documents received. | 0.30 $200.00/hr | $60.00 |
| 1/13/2019 | DM | Phone call with client re: identification needed for 341 hearing and location. | 0.20 $200.00/hr | $40.00 |
| 1/14/2019 | DM | Preparation and attendance at 341 hearing (Hearing continued as Mr. & Mrs. Graham did not bring social security cards). | 1.00 $200.00/hr | $200.00 |
| 1/21/2019 | DM | Phone call with creditors re: objection to plan. Review notice claims. Revise plan to specify that debtors intend to pay secured creditors according to the contract outside of the plan. Phone call with client on payment of escrow shortage requested by mortgage servicer. Brief review of motion to void judgment lien. | 1.60 $200.00/hr | $320.00 |
| 1/23/2019 | DM | Phone call with Attorney Kevin McDonald for Lakeview Loan Servicing. Email to trustee's office re: motion to dismiss and confirmation hearing. Phone call with client re: escrow shortage. Email correspondence with Attorney Kevin McDonald re: request for payment history and escrow breakdown. | 0.50 $200.00/hr | $100.00 |
| 1/24/2019 | DM | Phone call with client re: payment of escrow shortage. | 0.10 $200.00/hr | $20.00 |
| 1/29/2019 | DM | Phone call with client re: mortgage servicer. | 0.10 $200.00/hr | $20.00 |
| 1/31/2019 | DM | Phone call with client re: documents received from M&T Bank | 0.10 $200.00/hr | $20.00 |
| 2/20/2019 | DM | Phone call with client re: escrow shortage. Email to attorney for mortgage lender re: withdraw of objection to confirmation. Revise chapter 13 plan. Draft motion to avoid lien. | 1.00 $200.00/hr | $200.00 |
| 2/21/2019 | DM | E-mail to trustee re: 341 Hearing | 0.10 $200.00/hr | $20.00 |
| 2/25/2019 | DM | Prepare for 341 hearing: review petition, schedules, objections to confirmation and plan. Attend 341 Hearing. | 1.00 $200.00/hr | $200.00 |
| 3/4/2019 | DM | E-mail to attorney for mortgage servicer re: withdraw of objection to confirmation. Phone call with client re: sale of property while in chapter 13 bankruptcy. | 0.20 $200.00/hr | $40.00 |

|            |     |                                                                                                                                                                                         | Hrs/Rate            | Amount     |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------------------|------------|
| 3/8/2019   | DM  | Phone call with client re: escrow shortage                                                                                                                                              | 0.10<br>$200.00/hr  | $20.00     |
| 3/29/2019  | DM  | Review plan and assets to determine if plan passes best interest of the creditor's test.                                                                                                | 0.50<br>$200.00/hr  | $100.00    |
| 4/1/2019   | DM  | Review trustee's objection to confirmation. Review assets, exemptions, debt amount and best interest of the creditor test. Phone call with client re: plan. Phone call with real estate agent Brian Wilson re: CMA. | 1.30<br>$200.00/hr  | $260.00    |
| 4/3/2019   | DM  | E-mail correspondence with clerk for trustee re: objection to confirmation                                                                                                              | 0.10<br>$200.00/hr  | $20.00     |
| 4/10/2019  | DM  | Phone call with client re: chapter 13 plan and pros and cons of dismissing bankruptcy.                                                                                                  | 0.20<br>$200.00/hr  | $40.00     |
| 4/15/2019  | DM  | Review assets, secured debt, unsecured debt and equity in asset to calculate amount of non-exempt property for liquidation date. Review Chapter 13 plan.                                | 0.50<br>$200.00/hr  | $100.00    |
| 4/16/2019  | LJA | Telephone conference with Tommie Graham re: amended chapter 13 plan; conference with DM re: chapter 13 plan.                                                                            | 0.10<br>$295.00/hr  | $29.50     |
|            | DM  | Review assets and amount of exposed equity. Brief revision of amended plan. File first amended plan.                                                                                    | 0.50<br>$200.00/hr  | $100.00    |
| 4/23/2019  | DM  | Phone call with court clerk re: amendments to chapter 13 plan.                                                                                                                          | 0.50<br>$200.00/hr  | $100.00    |
| 4/29/2019  | DM  | Brief revision of plan. Email to trustee's clerk re: revised plan payments and section 5b liquidation on plan.                                                                          | 0.30<br>$200.00/hr  | $60.00     |
| 4/30/2019  | DM  | Phone call with clerk for trustee re: liquidation test.                                                                                                                                 | 0.20<br>$200.00/hr  | $40.00     |
| 5/6/2019   | DM  | Brief revision to Chapter 13 plan. Check trustee's website to verify status of payments. File second amended Chapter 13 plan.                                                           | 0.30<br>$200.00/hr  | $60.00     |
| 5/14/2019  | DM  | File pre-confirmation certification.                                                                                                                                                    | 0.10<br>$200.00/hr  | $20.00     |
| 5/15/2019  | DM  | E-mail to trustee re: motion to dismiss and confirmation hearing. Phone call with client re: confirmation hearing.                                                                      | 0.20<br>$200.00/hr  | $40.00     |
| 5/16/2019  | DM  | Phone call with client re: confirmation hearing continued                                                                                                                               | 0.20<br>$200.00/hr  | NO CHARGE  |
| 8/9/2019   | DM  | Review assets, liabilities and schedule C exemptions.                                                                                                                                   | 0.70<br>$200.00/hr  | $140.00    |
| 8/13/2019  | DM  | Review non-exempt assets. Correspondence with clerk for trustee. Research on motion to sell in chapter 13 bankruptcy.                                                                   | 0.40<br>$200.00/hr  | $80.00     |
| 8/20/2019  | DM  | Phone call with client and LJA re: status of confirmation of chapter 13 plan.                                                                                                           | 0.50<br>$200.00/hr  | $100.00    |
| 8/21/2019  | DM  | Phone call with client re: judgments or liens against 6929 Stenton Avenue. Review Pennsylvania and federal bankruptcy exemptions.                                                       | 1.40<br>$200.00/hr  | $280.00    |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/21/2019 | LJA | Telephone conference with Tommie Graham and DM re: feasibility of chapter 13 plan; review exemption statute, locate additional $3,775 exemption; discussion re: increase monthly plan payments from $750 to $900, sale of vehicle, potential dismissal of case. | 1.00 $295.00/hr | $295.00 |
| 8/28/2019 | DM | Phone call with client re: payment of plan payment and status of case. | 0.10 $200.00/hr | $20.00 |
| 9/9/2019 | DM | Revise third amended , recalculate monthly plan payments. | 0.70 $200.00/hr | $140.00 |
| 9/10/2019 | LJA | Conference with DM and ER in re: amended chapter 13 plan. Review amended plan. | 0.30 $295.00/hr | $88.50 |
|  | DM | Review amended plan. Email to clerk for trustee in re: amended plan. | 0.30 $200.00/hr | NO CHARGE |
| 9/13/2019 | DM | Final calculation of third amended plan. File third amended plan with the bankruptcy court. | 0.40 $200.00/hr | $80.00 |
| 9/25/2019 | DM | Phone call with trustee re: non-exempt assets. Draft fourth amended plan. | 0.30 $200.00/hr | $60.00 |
| 9/26/2019 | DM | Revise fourth amended plan. Review attorney history bill and give client various credits. Email to trustee with a copy of amended plan for review. | 0.60 $200.00/hr | NO CHARGE |
| 9/27/2019 | DM | Phone call with trustee's office re: disposable income and non-exempt property. Phone call with client re: revised plan and new payment amount. | 0.30 $200.00/hr | NO CHARGE |
| 10/1/2019 | DM | Revise fourth amended plan. | 0.40 $200.00/hr | NO CHARGE |
| 10/2/2019 | DM | Review revised plan. Email proposed plan to the trustee to determine if the trustee has any objections. | 0.30 $200.00/hr | $60.00 |
| 10/9/2019 | DM | File fourth amended plan. | 0.10 $200.00/hr | NO CHARGE |
| 11/5/2019 | DM | Brief review of local bankruptcy rules re: service of an amended plan. Draft and file certificate of service of fourth amended plan. | 0.20 $200.00/hr | NO CHARGE |
| 11/6/2019 | LJA | Conference with DM re: status of Chapter 13 bankruptcy confirmation/dismissal hearing scheduled for 11/07/19. | 0.10 $295.00/hr | NO CHARGE |
| 11/7/2019 | LJA | E-mail exchange with DM re: plan confirmation, fee application, fee disclosure form, amended chapter 13 plan. | 0.10 $295.00/hr | NO CHARGE |
|  |  | **For professional services rendered** | **37.60** | **$7,193.50** |

Additional Charges :

|  |  |  | Qty/Price | |
|---|---|---|---|---|
| 10/2/2018 | AK | Filing of Petition | 1 $310.00 | $310.00 |
|  |  | **Total additional charges** |  | **$310.00** |

Accounts receivable transactions

| 11/8/2019 | Courtesy Credit |  | ($1,170.00) |

|  | Amount |
|---|---:|
| 7/18/2018  Payment - Thank You | ($2,375.00) |
| **Total payments and adjustments** | **($3,545.00)** |