IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENSYLVANIA

| | | |
|---|---|---|
| In Re: Tommie Graham and<br>Hattie Graham | : | Chapter 13 |
| Debtors | : | 18-16594-mdc |

**CERTIFICATION OF NO RESPONSE**

Daniel Muklewicz, hereby certifies that more than fourteen (14) days have elapsed from the date of service of the Application and Response Deadline for the Application for Approval of Counsel Fee of Avallone Law Associates, that neither the debtor nor any other party in interest has served upon counsel for movant an answer, objection or other responsive pleading. Counsel, therefore, requests entry of an Order granting the said Motion.

**Respectfully submitted,**

**AVALLONE LAW ASSOCIATES**

Date: November 25, 2019

Daniel Muklewicz, Esquire
Attorney ID No. 320322
215 S. Broad Street, Fifth Floor
Philadelphia, PA 19107-5318
(215) 735-5525—voice
(215) 545-3817—facsimile
dmuklewicz@avallonelaw.com