IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENSYLVANIA

In Re: Tommie Graham and : Chapter 13
Hattie Graham :
                  Debtors : 18-16594-mdc

# ORDER

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $6,333.50.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less $2,375.00, which was paid by the Debtor prepetition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

BY THE COURT:

December 13, 2019

*Magdeline D. Coleman*

**Judge Magdeline D. Coleman**
Chief **United States Bankruptcy Judge**

cc:
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, Pa. 19107

William C. Miller, Esq.
Chapter 13 Standing Trustee
111 S. Independence Mall-Suite 583
Philadelphia, Pa. 19106

Tommie Graham
Hattie Graham
301 Bunker Hill Road
Harleysville, Pa. 19438


Lawrence J. Avallone, Esquire
AVALLONE LAW ASSOCIATES
215 South Broad Street, Fifth Floor
Philadelphia, Pa. 19107-5318