United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Tommie Lee Graham
Hattie Graham
    Debtors

Case No. 18-16594-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Dec 13, 2019
    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2019.
db/jdb    Tommie Lee Graham,   Hattie Graham,   301 Bunker Hill Road,   Harleysville, PA   19438-3907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2019 at the address(es) listed below:
    CORINNE SAMLER BRENNAN   on behalf of Creditor   TruMark Financial Credit Union cbrennan@klehr.com,  swenitsky@klehr.com
    KEVIN G. MCDONALD   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
    KEVIN G. MCDONALD   on behalf of Creditor   LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
    LAWRENCE J. AVALLONE   on behalf of Joint Debtor Hattie  Graham ljavallone@avallonelaw.com, aknight@avallonelaw.com;dmuklewicz@avallonelaw.com;alareceptionist@avallonelaw.com
    LAWRENCE J. AVALLONE   on behalf of Debtor Tommie Lee Graham ljavallone@avallonelaw.com, aknight@avallonelaw.com;dmuklewicz@avallonelaw.com;alareceptionist@avallonelaw.com
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
    TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENSYLVANIA

In Re: Tommie Graham and : Chapter 13
Hattie Graham :
Debtors : 18-16594-mdc

# ORDER

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $6,333.50.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less $2,375.00, which was paid by the Debtor prepetition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

BY THE COURT:

December 13, 2019

*Magdeline D. Coleman*

**Judge Magdeline D. Coleman**
Chief **United States Bankruptcy Judge**

cc:
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, Pa. 19107

William C. Miller, Esq.
Chapter 13 Standing Trustee
111 S. Independence Mall-Suite 583
Philadelphia, Pa. 19106

Tommie Graham
Hattie Graham
301 Bunker Hill Road
Harleysville, Pa. 19438

Lawrence J. Avallone, Esquire
AVALLONE LAW ASSOCIATES
215 South Broad Street, Fifth Floor
Philadelphia, Pa. 19107-5318