Certificate Number: 18194-PAE-DE-033795677

Bankruptcy Case Number: 18-16594


18194-PAE-DE-033795677

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 6, 2019, at 8:36 o'clock AM PST, Hattie Graham completed a course on personal financial management given by internet by $$$$$Pre-Discharge Debtor Education, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 6, 2019                By:     /s/Jacob Allen

                                        Name:   Jacob Allen

                                        Title:  Manager