# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 18-16594-MDC

TOMMIE LEE GRAHAM
HATTIE GRAHAM
301 BUNKER HILL ROAD

HARLEYSVILLE, PA 19438

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TOMMIE LEE GRAHAM
    HATTIE GRAHAM
    301 BUNKER HILL ROAD

    HARLEYSVILLE, PA 19438

Counsel for debtor(s), by electronic notice only.

    LAWRENCE J. AVALLONE
    215 S. BROAD STREET
    SUITE #502
    PHILADELPHIA, PA 19107

                                                          /S/ William C. Miller

Date: 9/22/2021                                      _____

                                                          William C. Miller, Esquire
                                                          Chapter 13 Standing Trustee