**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>TOMMIE LEE GRAHAM<br>HATTIE  GRAHAM | Chapter 13 |
| Debtor | Bankruptcy No. 18-16594-MDC |

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

November 18, 2021

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Debtor's Attorney:
LAWRENCE J. AVALLONE 215 S. BROAD STREET SUITE #502
PHILADELPHIA, PA 19107

Debtor:
TOMMIE LEE GRAHAM
HATTIE  GRAHAM
301 BUNKER HILL ROAD
HARLEYSVILLE, PA 19438