United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Tommie Lee Graham  
Hattie Graham  
    Debtors

Case No. 18-16594-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Nov 18, 2021      Form ID: pdf900      Total Noticed: 41

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Tommie Lee Graham, 301 Bunker Hill Road, Harleysville, PA 19438-3907 |
| jdb | # | Hattie Graham, 301 Bunker Hill Road, Harleysville, PA 19438-3907 |
| cr | + | First National Bank of Omaha, Brumbaugh and QuandahlPC, 14211 Arbor Street, Suite 100, Omaha, NE 68144-2312 |
| 14218646 | + | BANK OF AMERICA, N.A.., c/o KEVIN G. MCDONALD,ESQUIRE, 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14209332 | | Bank of America, PO Box 15019, Wilmington, DE 19850-5019 |
| 14209331 | | Bank of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14225058 | | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14226894 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14209333 | | Barclays Bank Delaware, Barclays, PO Box 2460, Cranberry Township, PA 16066-1460 |
| 14209337 | | Citbank, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14209338 | + | Discover Bank, c/o Weltman, Weinberg & Reis Co., LPA, 170 S Independence Mall W Ste 874W, Philadelphia, PA 19106-3334 |
| 14209339 | | First National Bank of Omaha, 1620 Dodge St Stop 3105, Omaha, NE 68197-3105 |
| 14209340 | + | Hayt, Hayt, & Landau, LLC, 2 Industrial Way W, Eatontown, NJ 07724-2279 |
| 14214243 | + | LAKEVIEW LOAN SERVICING, LLC, c/o KEVIN G. MCDONALD,ESQUIRE, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14244445 | + | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 14211636 | + | M&T BANK, P.O. BOX 1508, BUFFALO, NY 14240-1508 |
| 14231623 | + | TruMark Financial Credit Union, c/o Corinne Samler Brennan, Esquire, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 14209344 | | Trumark Financial, 355 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14209345 | | Wells Fargo, 7000 Vista Dr, West Des Moines, IA 50266-9310 |
| 14235200 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 18 2021 23:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 18 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 18 2021 23:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: camanagement@mtb.com | Nov 18 2021 23:32:00 | M&T Bank, 1100 Wehrle Drive, Williamsville, NY 14221 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Nov 18 2021 23:31:57 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14209334 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 18 2021 23:31:58 | Capital One, 15000 Capital One Dr, Richmond, |

Case 18-16594-mdc   Doc 74   Filed 11/20/21   Entered 11/21/21 00:30:50   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 18, 2021 | Form ID: pdf900 | Total Noticed: 41 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | VA 23238-1119 |
| 14238259 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 18 2021 23:32:10 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14208581 | + | Email/Text: bankruptcy@cavps.com | Nov 18 2021 23:32:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14216384 | | Email/Text: mrdiscen@discover.com | Nov 18 2021 23:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14244565 | + | Email/Text: bqbk@bqlaw.com | Nov 18 2021 23:32:00 | First National Bank of Omaha, c/o Brumbaugh and Quandahl, PC LLO, 14211 Arbor St, Ste 100, Omaha, NE 68144-2312 |
| 14209335 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 18 2021 23:42:25 | Chase, PO Box 1423, Charlotte, NC 28201-1423 |
| 14209336 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 18 2021 23:42:31 | Chase Card, Cardmember Services, PO Box 6294, Carol Stream, IL 60197-6294 |
| 14209341 | | Email/Text: camanagement@mtb.com | Nov 18 2021 23:32:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203-1420 |
| 14216601 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 18 2021 23:42:30 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14209342 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 18 2021 23:42:31 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 14241330 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 18 2021 23:32:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14244163 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2021 23:31:58 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14208133 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 18 2021 23:31:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14227543 | | Email/Text: bnc-quantum@quantum3group.com | Nov 18 2021 23:32:00 | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14208175 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 18 2021 23:32:10 | Synchrony Bank, PRA Receivables Management, PO Box 41021, Norfolk, VA 23541-1021 |
| 14209343 | | Email/PDF: gecsedi@recoverycorp.com | Nov 18 2021 23:32:02 | Synchrony Bank/ROS, PO Box 960012, Orlando, FL 32896-0012 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14218647 | *+ | BANK OF AMERICA, N.A.., c/o KEVIN G. MCDONALD,ESQUIRE, 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14214244 | *+ | LAKEVIEW LOAN SERVICING, LLC, c/o KEVIN G. MCDONALD,ESQUIRE, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14208176 | *+ | Synchrony Bank, PRA Receivables Management, PO Box 41021, Norfolk, VA 23541-1021 |
| 14231624 | *+ | TruMark Financial Credit Union, c/o Corinne Samler Brennan, Esquire, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 18, 2021 | Form ID: pdf900 | Total Noticed: 41 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2021              Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CORINNE SAMLER BRENNAN | on behalf of Creditor TruMark Financial Credit Union cbrennan@klehr.com swenitsky@klehr.com;nyackle@klehr.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| LAWRENCE J. AVALLONE | on behalf of Joint Debtor Hattie Graham ljavallone@avallonelaw.com aknight@avallonelaw.com;dmuklewicz@avallonelaw.com;alareceptionist@avallonelaw.com |
| LAWRENCE J. AVALLONE | on behalf of Debtor Tommie Lee Graham ljavallone@avallonelaw.com aknight@avallonelaw.com;dmuklewicz@avallonelaw.com;alareceptionist@avallonelaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>TOMMIE LEE GRAHAM<br>HATTIE GRAHAM | Chapter 13 |
| Debtor | Bankruptcy No. 18-16594-MDC |

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

November 18, 2021

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Debtor's Attorney:
LAWRENCE J. AVALLONE 215 S.
BROAD STREET SUITE #502
PHILADELPHIA, PA 19107

Debtor:
TOMMIE LEE GRAHAM
HATTIE GRAHAM
301 BUNKER HILL ROAD
HARLEYSVILLE, PA 19438